No. 73–110. ZUKOWSKI v. STATE BAR GRIEVANCE BOARD OF MICHIGAN. Appeal from C. A. 6th Cir. dis-

missed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.